PROB 12B
(7/93)

Report Date: August 22, 2012

# United States District Court

## for the

## Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

AUG 23 2012

| | |
|---|---|
| Name of Offender: Jakekeyeda Walker | Case Number: 2:08CR00085-004 |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge | |
| Date of Original Sentence: 7/29/2009 | Type of Supervision: Supervised Release |
| Original Offense: Ct. 1 & 3: Distribution of Methamphetamine and Benzylpiperazine, in the Form of Ecstasy Pills, 21 U.S.C. §§ 841(a)(1), (b)(1)(C); Ct. 2: Distribution of 3,4-Methylenedioxymethammphetamine (MDMA), in the Form of Ecstasy Pills, 21 U.S.C. §§ 841(a)(1), (b)(1)(C); Ct. 4: Distribution of BZP, in the Form of Ecstasy Pills, 21 U.S.C. §§ 841(a)(1), (b)(1)(C) | Date Supervision Commenced: 4/20/2011 |
| Original Sentence: Prison - 38 Months; TSR - 36 Months | Date Supervision Expires: 4/19/2014 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19   You shall complete 20 hours of community service per week until employment is obtained and started.

## CAUSE

Mr. Walker is currently in violation of two standard conditions, specifically # 4: The defendant shall support his or her dependents and meet other family responsibilities, and condition # 5: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

Mr. Walker entered the Spokane Residential Reentry Center (RRC) in November of 2010, where he began his job search activities. Since that time, he has failed to obtain employment. In addition, Child Support Enforcement has notified this officer that Mr. Walker owes $66,202.87 in back child support as of July 2012. He has six children that he has current child support cases for, none of which he is actively paying toward. This does not include the child that Mr. Walker conceived shortly after beginning his time at the Spokane RRC, despite his inability to provide for his other children.

Prob 12B
**Re: Walker, Jakekeyeda**
**August 22, 2012**
**Page 2**

As an alternative to returning Mr. Walker to the RRC, it is respectfully recommended that the offender complete 20 hours of community service per week, until employment is obtained and started. It is noted, Child Support Enforcement advised that continued failure to pay child support may result in incarceration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/22/2012

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

8/23/12

Date